IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MARK CHITTUM, )
)
Plaintiff, )
)
v. ) Civil Action No. 3:14CV272–HEH
)
DR. DIXON, *et al.*, )
)
Defendants. )

## MEMORANDUM OPINION
(Dismissing Action Without Prejudice)

By Memorandum Order entered October 16, 2014, the Court denied Plaintiff's motion to postpone the action, and directed Plaintiff, within fourteen (14) days of the date of entry thereof, to file a response to the Memorandum Order indicating his clear intent to proceed with this action. The Court warned that failure to comply with this directive would result in dismissal of the action. More than fourteen (14) days have passed and Plaintiff failed to comply with the Court's directive. Accordingly, the action will be dismissed without prejudice.

The Clerk is directed to send a copy of the Memorandum Opinion to Plaintiff.

It is so ORDERED.

/s/
HENRY E. HUDSON
UNITED STATES DISTRICT JUDGE

Date: Nov. 6, 2014
Richmond, Virginia